TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
      malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
      laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Scott Lamson

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LAMSON, on behalf himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, MARS, INC., MASTERFOODS USA, INC., NESTLE S.A., NESTLE U.S.A., INC. and CADBURY SCHWEPPES PLC,<br><br>Defendants. | Case No. 08-cv-0153 ~~MJJ~~ JSW<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Scott Lamson ("Plaintiff"), by and through his counsel of record, hereby submits this Stipulation Re Extension of Time for Defendants to Respond to Complaint.

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about January 9, 2008;

WHEREAS Plaintiff alleges price fixing of chocolate;

WHEREAS forty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of Chocolate (collectively, "the Chocolate Cases");

1    WHEREAS several motions are pending before the Judicial Panel on Multidistrict

2    Litigation to transfer the Chocolate Cases for coordinated and consolidated pretrial proceedings

3    pursuant to 28 U.S.C. Section 1407, and Plaintiff and defendants The Hershey Company, Mars,

4    Incorporated, Masterfoods USA, Inc., and Nestle U.S.A., Inc. (collectively, "the Chocolate

5    Companies") anticipate that additional responses will be filed;

6    WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in

7    the Chocolate Cases;

8    WHEREAS Plaintiff and the Chocolate Companies have agreed that an orderly schedule

9    for any response to the pleadings in the Chocolate Cases would be more efficient for the parties

10    and for the Court;

11    WHEREAS no prior extensions have been granted; and

12    THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR

13    RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

14    1.    The deadline for the Chocolate Companies to answer, move, or otherwise respond to

15    Plaintiff's Complaint shall be extended until the earliest of the following dates:  (1) forty-five

16    days after the filing of a Consolidated Amended Complaint in the Chocolate Cases; or (2) forty-

17    five days after Plaintiff provides written notice to the Chocolate Companies that Plaintiff does

18    not intend to file a Consolidated Amended Complaint, provided however, that in the event that

19    the Chocolate Companies should agree or be ordered to respond prior to that date in any

20    Chocolate case, the Chocolate Companies will respond to the Complaint in the above-captioned

21    case on that earlier date.

22    2.    The defense counsel identified below shall accept service of the complaint filed in this

23    case, including any amended or consolidated complaint, on behalf of the domestic entities that

24    they represent.  Defendants shall not contest the sufficiency of process or service of process;

25    provided, however, that by entering into this Stipulation no Defendant waives any other defense,

26    including but not limited to the defense of lack of personal or subject matter jurisdiction,

27    improper venue, or service of an improper entity.

28

3.    The Plaintiff will not seek discovery until the Judicial Panel on Multidistrict Litigation rules on the pending motions to transfer and the transferee district enters a case management order, provided, however, that in the event that the Chocolate Companies should agree or be ordered to provide discovery in any Chocolate case before that date, the Chocolate Companies will simultaneously provide the same discovery to the Plaintiff in the above-captioned action.

4.    This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants.

IT IS SO STIPULATED.

        Based on the above Stipulation, Plaintiff requests that the Court enter the proposed order attached hereto.

Respectfully Submitted,

Dated: February 6, 2008                TRUMP ALIOTO TRUMP & PRESCOTT LLP

                                       By:      /s/ Lauren C. Russell

                                       TRUMP ALIOTO TRUMP & PRESCOTT LLP
                                       Mario N. Alioto, Esq. (56433)
                                       Lauren C. Russell, Esq. (241151)
                                       2280 Union Street
                                       San Francisco, CA 94123
                                       Telephone: (415) 563-7200
                                       Facsimile: (415) 346-0679
                                       malioto@tatp.com
                                       laurenrussell@tatp.com

                                       *Counsel for Plaintiff Scott Lamson*

1   Dated: February 6, 2008

2                                           By: ____/s/ David Marx, Jr._____

3                                           David Marx, Jr.
                                            McDermott Will & Emery LLP
4                                           227 West Monroe Street
                                            Chicago, Illinois
                                            Telephone: (312) 984-7668
5                                           Fax: (312) 984-7700

6                                           *Attorney for Mars, Incorporated and*
                                            *Masterfoods USA, Inc.*
7

8                                           By: _____/s/ Thomas D. Yannucci_____

9                                           Thomas D. Yannucci, P.C..
                                            Kirkland & Ellis LLC
10                                          655 Fifteenth Street
                                            Washington, DC 20005-5793
11                                          Telephone:  (202) 879-5000
                                            Fax: (202) 879-5200
12
                                            *Attorney for The Hershey Company*
13

14
                                            By: _____/s/ Roxann E. Henry_____
15
                                            Roxann E. Henry
16                                          Howrey LLP
                                            1299 Pennsylvania Avenue, N.W.
17                                          Washington, DC 20004
                                            Telephone: (202) 383-6503
18                                          Fax: (202) 383-6610

19                                          *Attorney for Nestle U.S.A., Inc.*

20

21

22

23

24

25

26

27
                                    -4-
28   STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
     [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
                                            Case No. 06-CV-0153 MJJ

TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
    malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
    laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Scott Lamson

Additional Counsel on Signature Page

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LAMSON, on behalf of himself and all others similarly situated, | JSW<br>Case No. 08-cv-0153 ~~MJJ~~ |
|               Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| THE HERSHEY COMPANY, MARS, INC., MASTERFOODS USA, INC., NESTLE S.A., NESTLE U.S.A., INC., and CADBURY SCHWEPPES PLC, | |
|               Defendants. | |

PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.


Dated: _____February 20, 2008_____

IT IS SO ORDERED
Jeffrey S White
Judge Jeffrey S. White

---

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 06-CV-0153 MJJ

WDC99 1526067-1.002227.0102