1  David H. Dolkas (State Bar No. 111080)
   ddolkas@mwe.com
2  McDERMOTT WILL & EMERY LLP
3  3150 Porter Drive
   Palo Alto, CA 94304
4  Telephone:    650.813.5000
   Facsimile:    650.813.5100
5
   Attorneys for Defendants, Mars, Inc.
6  and Masterfoods USA, Inc.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11
   SCOTT LAMSON, on behalf himself and      Case No. 08-cv-0153 JSW
12 all others similarly situated,

13           Plaintiff,                     **Electronic Case Filing**

14    v.                                    NOTICE OF APPEARANCE OF
                                            DAVID H. DOLKAS
15 THE HERSHEY COMPANY, MARS,
   INC., MASTERFOODS USA, INC.,
16 NESTLE S.A., NESTLE U.S.A., INC.,
   and CADBURY SCHWEPPES PLC,
17
   Defendants.
18

19

20     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that the undersigned, David H. Dolkas, of the law offices of

22 McDermott Will & Emery LLP, hereby file this Notice of Appearance in the above-referenced

23 action as counsel for Mars, Inc. and Masterfoods USA, Inc. and request that copies of all briefs,

24 motions, orders, correspondence, and other papers also be electronically served on the

25 undersigned as follows:

26

27

28
NOTICE OF APPEARANCE                                              08-CV-0153 JSW

```
 1   David H. Dolkas
     ddolkas@mwe.com
 2   McDermott Will & Emery LLP
     3150 Porter Drive
 3   Palo Alto, CA 94304

 4   Telephone: 650.813.5000
     Facsimile:  650.813.5100
 5

 6   DATED: March 21, 2008              MCDERMOTT WILL & EMERY

 7

 8
                                        By:  /s/ David H. Dolkas
 9                                           DAVID H. DOLKAS
                                             Attorneys for Defendants,
10                                           Mars, Inc. and Masterfoods USA, Inc.
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Civil Action No. 08-cv-0153 JSW

| | |
|---|---|
| SCOTT LAMSON, on behalf himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, MARS, INC., MASTERFOODS USA, INC., NESTLE S.A., NESTLE U.S.A., INC., and CADBURY SCHWEPPES PLC,<br><br>    Defendants. | **PROOF OF SERVICE BY**<br><br>**FIRST CLASS MAIL** |

I, Maria Collins, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304-1212. On March 21, 2008, I caused to be served a true and correct copy of the within document(s):

**NOTICE OF APPEARANCE OF DAVID H. DOLKAS**

    ý    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

**FIRST CLASS MAIL**

Mario N. Alioto, Esq.
Lauren C. Russell, Esq.
Trump Alioto Trump &
Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Tel.: (415) 563-7200
Fax: (415) 346-0679
Email:

*Attorneys for Plaintiff, Scott Lamson*

**FIRST CLASS MAIL**

Roxann Henry, Esq.
Howrey LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

Tel. (202) 783-0800
Fax: (202) 383-6610
Email: henryr@howrey.com

*Attorneys for Defendant Nestlé U.S.A, Inc.*

**FIRST CLASS MAIL**

Thomas D. Yannucci, P.C.
Kirkland & Ellis LLP
655 Fifteenth St., Suite 2700
Washington, DC 20005

Tel. (202) 879-5000
Fax: (202) 879-5200
Email: tyannucci@kirkland.com

*Attorneys for The Hershey Company*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2008, at Palo Alto, California.