TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
    malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
    laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Scott Lamson

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Scott Lamson on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>The Hershey Company, Mars Inc., Masterfoods U.S.A., Inc., Nestle S.A., and Nestle U.S.A., Inc.,<br><br>          Defendant. | CASE NO.  08-cv-00153-JSW<br><br>**STIPULATION TO EXTEND DEADLINES IN THE SCHEDULING ORDER; [PROPOSED] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER**<br><br>Honorable Jeffrey S. White |

     Plaintiff Scott Lamson ("Plaintiff"), by and through counsel of record, hereby submits this Stipulation to Extend Deadlines in the Scheduling Order.

     WHEREAS the Plaintiff filed a Complaint in the above-captioned case on January 9, 2008, alleging that Defendants violated federal antitrust laws by conspiring to fix the price of certain chocolate products [Docket No. 1];

     WHEREAS Plaintiff's case and the other related federal court actions (collectively, "the

Chocolate Cases") are the subject of several motions to consolidate and transfer that are currently pending before the Judicial Panel on Multidistrict Litigation ("JPML");

WHEREAS the parties' executed a stipulation on February 6, 2008 to extend Defendants' time to respond to the Complaint and to stay discovery pending a ruling by the JPML [Docket No. 3] ("the February 6, 2008 Stipulation");

WHEREAS the Court granted the parties' request to enter the February 6, 2008 Stipulation on February 20, 2008 [Docket No. 5];

WHEREAS the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("the Scheduling Order") requires the parties to meet and confer regarding discovery and file an ADR certification on or before March 25, 2008, file a Rule 26(f) Report by April 8, 2008, and attend an initial case management on April 15, 2008 [Docket No. 2];

WHEREAS no party has sought to have the Chocolate Cases transferred to the Northern District of California and Plaintiff's case is likely to be transferred by the JPML to another judicial district for pretrial proceedings; and

THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The dates set forth in the Court's Scheduling Order should be stayed until such time as the JPML rules on the pending motions to consolidate and transfer the Chocolate Cases and, if so ordered, pending transfer and coordination or consolidation in the transferee court.

IT IS SO STIPULATED.

Based on the above Stipulation, Plaintiff requests that the Court enter the proposed order attached hereto.

1  Respectfully submitted,

2  Dated: March 24, 2008

By: /s/ Lauren C. Russell

TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
   malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
   lrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Attorneys for Plaintiff Scott Lamson*

By: _____/s/ David H. Dolkas_____

DAVID H. DOLKAS (SBN 111080)
   ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:    650.813.5000
Facsimile:    650.813.5100

DAVID MARX, JR.
   dmarx@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 984-7668
Fax: (312) 984-7700

*Attorneys for Defendants Mars, Inc. and Masterfoods U.S.A., Inc.*

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
CHICAGO

- 3 -    (No. )

CHI99 4959541-1.002227.0102

|   |   |
|---|---|
| 1 | By: _____/s/ Elizabeth Deeley_____ |
|   | ELIZABETH DEELEY |
| 2 | edeeley@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 3 | 555 California Street |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 439-1400 |
|   | Fax: (415) 439-1500 |

THOMAS D. YANNUCCI, P.C.
 tyannucci@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street
Washington, DC 20005-5793
Telephone: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for The Hershey Company*

By: _____/s/ Roxann E. Henry_____

ROXANN E. HENRY
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-6503
Fax: (202) 383-6610

*Attorney for Nestle U.S.A., Inc.*

McDermott Will & Emery LLP
Attorneys At Law
Chicago

CHI99 4959541-1.002227.0102

- 4 -

(No. )

TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
    malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
    laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Scott Lamson

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Scott Lamson on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>The Hershey Company, Mars Inc., Masterfoods U.S.A., Inc., Nestle S.A., and Nestle U.S.A., Inc.,<br><br>    Defendant. | CASE NO.  08-cv-00153-JSW<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

The dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines should be stayed until such time as the JPML rules on the pending motions to consolidate and transfer the Chocolate Cases and, if so ordered, pending transfer and coordination or consolidation in the transferee court.

Dated: _____

                          Honorable Jeffrey S. White

CHI99 4959541-1.002227.0102