TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
    malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
    laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Scott Lamson

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Scott Lamson on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>The Hershey Company, Mars Inc., Masterfoods U.S.A., Inc., Nestle S.A., and Nestle U.S.A., Inc.,<br><br>    Defendant. | CASE NO. 08-cv-00153-JSW<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

The dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines should be stayed until such time as the JPML rules on the pending motions to consolidate and transfer the Chocolate Cases and, if so ordered, pending transfer and coordination or consolidation in the transferee court.

Dated: March 25, 2008

_____
Honorable Jeffrey S. White

- 5 -  (No. )

CHI99 4959541-1.002227.0102